IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEAN BRIAN JOHNSON                                         PLAINTIFF

v.                          Case No. 04-2067

SGT. TERRY REA, *et al.*                                   DEFENDANTS

## **ORDER**

On November 2, 2005, Plaintiff filed a document advising the Court that he "would like to decline any appearance and further proceedings of this case." (Doc. 36). Plaintiff further advised that this decision was "of free will and no coercion." Accordingly, Plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 3rd day of November 2005.

                                                              /s/ Robert T. Dawson
                                                              Honorable Robert T. Dawson
                                                              United States District Judge